UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

TIMOTHY TERRELL BALLANGER                                              PETITIONER

v.                                            CRIMINAL ACTION NO. 3:08-CR-00094-CRS-DW
                                                CIVIL ACTION NO. 3:16-CV-00409-CRS

UNITED STATES OF AMERICA                                              RESPONDENT

Order

For the reasons set forth in the memorandum opinion and the Court being otherwise sufficiently advised, the objections of Defendant Timothy Terrell Ballanger to the magistrate judge's findings of fact, conclusions of law, and recommendation are **OVERRULED**. Ballanger's motion to vacate is **DENIED**. Ballanger's request for a certificate of appealability is **DENIED**.

April 24, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**